LAWRENCE G. WASDEN
Attorney General
State of Idaho

MARK A. KUBINSKI
Deputy Attorney General
Chief, Criminal Law Division

L. LaMONT ANDERSON, ISB #3687
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074
E-mail: lamont.anderson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATHERINE LEA STANFIELD, ) | CASE NO. 4:22-cv-00057-REP |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | RESPONDENT'S NOTICE OF |
| ) | LODGING STATE COURT |
| JANELL CLEMENT, ) | RECORDS |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

COMES NOW, Respondent, Janell Clement, by and through her attorney, L. LaMont Anderson, Deputy Attorney General, Chief, Capital Litigation Unit, and does hereby lodge state court records with this Court pursuant to Rule 5 of the Rules Governing Section 2254 Cases as follows:

*RESPONDENT'S NOTICE OF LODGING STATE COURT RECORDS - 1*

A. **State District Court Trial Records, *State v. Katherine Lea Stanfield*, Ada County Case No. CR-FE-2010-0016169**:

1. Clerk's Record, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. I (pp.1-298).

2. Clerk's Record, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. II (pp.299-497).

3. Clerk's Record, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. III (pp.498-750).

4. Reporter's Transcript, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. I (pp.1-1943).

5. Reporter's Transcript, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. II (pp.1944-3743).

6. Reporter's Transcript, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. III (pp.3744-4703).

7. Reporter's Transcript, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, Vol. IV (pp.4704-5296).

8. Reporter's Transcript, State of Idaho v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301-2012 (75 pages).

9. Trial Exhibits, State of Idaho v. Katherine Lea Stanfield, Ada County District Court Case No. CR-FE-2010-0016169, Vol. I (pp.1-245).

10. Trial Exhibits, State of Idaho v. Katherine Lea Stanfield, Ada County District Court Case No. CR-FE-2010-0016169, Vol. II (pp.246-555).

B. **State Appellate Court Records (Direct Appeal)**, *State v. Katherine Lea Stanfield*, **Idaho Supreme Court Docket No. 40301**:

1. Appellant's Brief, State v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, dated September 25, 2013 (36 pages).

2. Respondent's Brief, State v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, dated December 17, 2013 (19 pages).

3. Appellant's Reply Brief, State v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, dated February 18, 2014 (21 pages).

4. 2015 Opinion No. 36, State v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, filed April 1, 2015 (21 pages).

5. Remittitur, State v. Katherine Lea Stanfield, Idaho Supreme Court Docket No. 40301, dated April 23, 2015 (1 page).

C. **State District Court Post-Conviction Records**, *Katherine Lea Stanfield v. State*, **Ada County Case No. CV01-16-23591**:

1. Clerk's Record, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252 (343 pages).

2. Reporter's Transcript, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018 (27 pages).

D. **State Appellate Court Records (Post-Conviction)**, *Katherine Lea Stanfield v. State,* **Idaho Supreme Court Docket No. 46252-2018**:

1. Motion to Augment the Record on Appeal, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated February 22, 2019 (25 pages, including attachment).

2. Order Granting Motion to Augment, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated February 25, 2019 (1 page).

3. Appellant's Brief, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated February 18, 2019 (22 pages).

4. Respondent's Brief, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated March 18, 2019 (15 pages, including appendix).

5. Appellant's Letter of Intent Not to File Reply Brief, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated April 5, 2019 (1 page).

6. 2019 Published Opinion, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252, filed December 3, 2019 (15 pages).

7. Remittitur, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 46252-2018, dated December 27, 2019 (1 page).

E. **State District Court Post-Conviction Records (Remand), *Katherine Lea Stanfield v. State*, Ada County Case No. CV01-16-23591**:

1. Limited Clerk's Record, Katherine Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021 (291 pages).

2. Reporter's Transcript, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021 (350 pages).

F. **State Appellate Court Records (Post-Conviction Remand), *Katherine Lea Stanfield v. State*, Idaho Supreme Court Docket No. 48714-2021**:

1. Motion to Withdraw as Appointed Counsel, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated November 19, 2021 (3 pages).

2. Declaration of Counsel, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated November 19, 2021 (3 pages).

3. Proof of Service, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated December 1, 2021 (3 pages).

4. Order Granting Motion to Withdraw as Appointed Counsel, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated November 23, 2021 (1 page).

5. Order Re: Appellant's Brief, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated February 22, 2022 (1 page).

6. Order Dismissing Appeal, Katherine Lea Stanfield v. State, Idaho Supreme Court Docket No. 48714-2021, dated March 17, 2022 (1 page).

DATED this 5th day of October, 2022.

/s/ *L. LaMont Anderson*
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on or about the 5th day of October, 2022, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Craig H. Durham | _____ U.S. Mail |
| Ferguson Durham, PLLC | _____ Hand Delivery |
| 223 N. 6th Street, Suite 325 | _____ Overnight Mail |
| Boise, ID 83702 | _____ Facsimile |
| chd@fergusondurham.com | __X__ Electronic Court Filing |

/s/ *L. LaMont Anderson*
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit