Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428
Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| KTHERINE LEA STANFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>JANELL CLEMENT,<br><br>    Respondent. | Case No. 4:22-cv-00057-REP<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Petitioner Katherine Lea Stanfield appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Judgment (Dkt. 20), entered in Respondent's favor on March 28, 2025.

RESPECTFULLY SUBMITTED on this 22nd day of April, 2025

/s/Craig H. Durham
Attorney for Petitioner